**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**AMERICA'S HOME PLACE, INC.,**

    *Plaintiff*,

**v.**                                    **Case No.: 5:24cv96-MW/MJF**

**JAMES E. ELIAS and KATHLEEN**
**E. KELLY,**

    *Defendants.*

_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

Pending before this Court is Defendants' motion to dismiss Plaintiff's complaint. ECF No 17. After Defendants filed their motion, Plaintiff filed an amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B), ECF No. 20, to which Defendants filed an answer, ECF No. 22. Consequently, Defendants' motion to dismiss, ECF No. 17, is **DENIED as moot**.

**SO ORDERED on September 12, 2024.**

                        **s/Mark E. Walker**
                        **Chief United States District Judge**