**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**AMERICA'S HOME PLACE, INC.,**

    *Plaintiff,*

**v.**                               **Case No.: 5:24cv96-MW/MJF**

**JAMES E. ELIAS and KATHLEEN**
**E. KELLY,**

    *Defendants.*
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO DISMISS

This Court has reviewed, without hearing, Plaintiff's motion to dismiss Defendants' amended counterclaim, ECF No. 31, and Defendants' response in opposition to Plaintiff's motion to dismiss, ECF No. 42. Defendant has the better argument. Accordingly, Plaintiff's motion to dismiss, ECF No. 31, is **DENIED.**

    **SO ORDERED on October 30, 2024.**

                  **s/Mark E. Walker**_____
                  **Chief United States District Judge**