**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**AMERICA'S HOME PLACE, INC.,**

    *Plaintiff,*

**v.**                            **Case No.: 5:24cv96-MW/MJF**

**JAMES E. ELIAS and KATHLEEN**
**E. KELLY,**

    *Defendants.*

_____/

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

This Court has reviewed, without hearing, Defendant's motion to dismiss Plaintiff's second amended complaint, ECF No. 43, and Plaintiff's response in opposition to Defendant's motion to dismiss, ECF No. 46. Defendant argues that Plaintiff's amended complaint fails to state a cause of action and is an impermissible shotgun pleading. Plaintiff argues that its complaint states a valid claim for injunctive relief and is not a shotgun pleading and this Court agrees. Accordingly, Defendant's motion to dismiss, ECF No. 43, is **DENIED.**

    **SO ORDERED on October 30, 2024.**

                            **s/Mark E. Walker**
                            **Chief United States District Judge**